IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SHERREL JEAN
COURVELLE                                                                                    PLAINTIFF


v.                                        Case No. 6:24-cv-06088


MIKE MCCORMICK,
Sheriff of Garland County,
Arkansas                                                                                     DEFENDANT

## ORDER

Before the Court is the Report and Recommendation ("R&R") filed October 31, 2024, by

the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of

Arkansas. (ECF No. 19). Judge Bryant recommends that Plaintiff Sherrel Jean Courvelle's

("Plaintiff") Habeas Corpus Petition pursuant to 28 U.S.C. § 2254 be dismissed without

prejudice for failure to exhaust available state remedies.

Plaintiff has filed objections to Judge Bryant's R&R, subscribing to what is commonly

known as "sovereign citizen" ideology—despite her protests otherwise.[1]  (ECF No. 24).  In

support of her perceived status and immunity from the laws of this country, she has filed thirteen

(13) pages of objections and thirty-three (33) pages of supporting documents.  (ECF No. 24; ECF

No. 24-1; ECF No. 24-2).  These documents are largely incomprehensible and present no

specific objections to Judge Bryant's R&R.  Further, the Eighth Circuit has long held that claims

and arguments based on sovereign citizen ideology are inherently frivolous and are a waste of

---

[1]Plaintiff states "Comes Now, Sherrel Jean Courvelle, the living woman, an Arkansas State Citizen, standing on Land and Soil Jurisdiction. I am NOT a U.S. Citizen, I am NOT a citizen of the United States, I am Not a CORPORATE FRANCHISE."  (ECF No. 24, at 2).  Further, she believes the United States government is a corporation.  (ECF No. 24, at 9).  These are commonly used sovereign citizen terms and beliefs.  *See generally* Federal Bureau of Investigation Domestic Terrorism Unit, *Sovereign Citizens: An Introduction for Law Enforcement*, available at https://info.publicintelligence.net/FBI-SovereignCitizens.pdf (last accessed Nov. 21, 2024).

judicial resources. *See United States v. Jagim*, 978 F.2d 1032, 1036 (8th Cir. 1992) (Ruling that sovereign citizen claims in the case were without merits, patently frivolous, and should be rejected without wasting anymore of the Court's resources on their discussion); *see also Engel v. Corizon*, No. 4:20-CV-1744-HEA, 2021 WL 1105351, at *3 (E.D. Mo. Mar. 23, 2021) ("Arguments based upon sovereign citizen ideology have been summarily rejected as frivolous and irrational in this Circuit and in other federal courts around the nation").

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 19) *in toto*. Accordingly, Plaintiff's Habeas Corpus Petition pursuant to 28 U.S.C. § 2254 is hereby **DISMISSED WITHOUT PREJUDICE** for failure to exhaust available state remedies.

**IT IS SO ORDERED**, this 10th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge